**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 102 MAL 2014
                                                            :
                                  Respondent    :
                                                            : Petition for Allowance of Appeal from the
                                                            : Order of the Superior Court
                         v.                           :
                                                            :
                                                            :
                                                            :
BARRY HAMILTON,                           :
                                                            :
                                  Petitioner      :

## ORDER

**PER CURIAM**

 **AND NOW**, this 25th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.